

# NUMBER 13-25-00601-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JOE KESSLING**
**D/B/A KESSLING SERVICES,**                                    **Appellant,**

**v.**

**RICARDO VENEGAS JR.,**
**CRYSTAL A. ORTIZ, AND**
**ENCANTO ENVESTMENTS, LLC,**                              **Appellees.**

---

## ON APPEAL FROM THE 148TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West**
**Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on its own motion. On November 11, 2025, appellant filed a notice of appeal attempting to appeal an order granting defendant Encanto Envestments, LLC's motion for partial summary judgment in trial court cause number

2024-DCV-0018-E. On November 12, 2025, the Clerk of the Court notified appellant that it appears the order he is attempting to appeal is unappealable. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has failed to respond to the notice or otherwise cure the defect.

Upon review of the documents before us, we are of the opinion that the order appellant attempted to appeal is unappealable, and appellant has failed to correct the defect. Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 W.S.3d 316, 319 n. 1 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001). Having considered the documents on file and appellant's failure to correct the jurisdictional defect in this matter, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
26th day of February, 2026.

2